**24-6269**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

EVAN RATCLIFF,
Plaintiff-Appellant,

v.

CARLOS CALDARONE,
Defendant-Appellee.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA,
D.C. No. 2:21-cv-01155-CDS-BNW

**NOTICE OF SETTLEMENT
AND STIPULATON TO VACATE ORAL ARGUMENT
AND STAY THIS APPEAL**

Respectfully submitted by:
AARON D. FORD
Attorney General
CHRIS DAVIS (Nevada Bar No. 6616)
Senior Deputy Attorney General
Office of the Attorney General, State of Nevada
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-9252 (phone)
cwdavis@ag.nv.gov
*Attorneys for Defendant-Appellee*
*Carlos Calderon*

Defendant-Appellee Carlos Calderon, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Chris Davis, Senior Deputy Attorney General, and Plaintiff-Appellant Carlos Calderon, by and through counsel, James P. C. Silvestri, Esq. and Richard Waltjen, Esq. of Pyatt Silvestri, hereby give notice that the parties in the above-entitled matter have entered into a settlement agreement on January 16, 2026, that resolves all claims in this action.

The parties further stipulate to vacate oral arguments scheduled for March 9, 2026, in San Francisco, California, and to stay this appeal for sixty (60) days while the parties finalize settlement. In the event the parties fail to dismiss this appeal within sixty (60) days, the parties stipulate to file a joint status report as to the status of the parties' settlement.

| | |
|---|---|
| DATED February 5, 2026, | DATED February 5, 2026, |
| **AARON D. FORD**<br>**Attorney General** | **PYATT SILVESTRI** |
| By:_/s/Chris Davis_<br>Chris Davis<br>Senior Deputy Attorney General | By:_/s/Richard Waltjen_<br>James P. C. Silvestri, Esq.<br>Richard Waltjen, Esq. |
| *Attorneys for Defendant-Appellee* | *Attorneys for Plaintiff-Appellant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF SETTLEMENT AND STIPULATON TO VACATE ORAL ARGUMENT AND STAY THIS APPEAL** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate electronic filing system on February 5, 2026.

Participants in the case who are registered users will be served by the appellate electronic filing system as follows:

    James P. C. Silvestri, Esq.
    Richard Waltjen, Esq.
    PYATT SILVESTRI
    7670 W. Lake Mead Blvd., Ste. 250
    Las Vegas, NV 89128
    jsilvestri@pyattsilvestri.com
    rwaltjen@pyattsilvestri.com

*Attorneys for Plaintiff-Appellant*

                                            /s/ *Kimalee Goldstein*
                                            An employee of the office
                                            of the Nevada Attorney General